**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1089**

_____

In Re:  STEVEN LOUIS BARNES,

            Petitioner.



_____

On Petition for Writ of Mandamus.  (4:08-cv-00002-MBS-TER)

_____

Submitted:  May 28, 2009            Decided:  June 5, 2009

_____

Before WILKINSON, KING, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Steven Louis Barnes, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Louis Barnes petitions for a writ of mandamus seeking an order addressing perceived injustices in the district court. We conclude that Barnes is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).

The relief sought by Barnes is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2